STATE v. EASTERLING

No. 278P95

Case below: 119 N.C.App. 22

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.

STATE v. KEEL

No. 134A93-2

Case below: Superior Court 90CRS8033

Petition by defendant for writ of supersedeas dismissed 7 September 1995. Petition by defendant for writ of certiorari to review the decision of the Superior Court, Edgecombe County, dismissed 7 September 1995.

STATE v. KELLY

No. 200P95

Case below: 118 N.C.App. 589

Petition by the Attorney General for writ of supersedeas denied and stay dissolved 7 September 1995. Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.

STATE v. PARKER

No. 312P95

Case below: 119 N.C.App. 606

Motion by Attorney General for temporary stay allowed 31 July 1995.

STATE v. PATTERSON

No. 297P95

Case below: 115 N.C.App. 731

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.